## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EDWARD RAYNELL SALTER, | : | CIVIL ACTION NO. 3:CV-15-1883 |
| Petitioner | : | (Judge Nealon) |
| v. | : | |
| STEPHEN R. GLUNT, et al., | : | |
| Respondents | : | |

### ORDER

**NOW, THIS 11ᵗʰ DAY OF JANUARY, 2016,** for the reasons set forth in the Memorandum of this date, **IT IS HEREBY ORDERED THAT:**

1. The petition for writ of habeas corpus is **DISMISSED.**

2. The Clerk of Court is directed to **CLOSE** this case.

3. There is no basis for the issuance of a certificate of appealabilty. See 28 U.S.C. § 2253(c).

/s/ William J. Nealon
**United States District Judge**